UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA KASSMAN, LINDA O'DONNELL, SPARKLE PATTERSON, JEANETTE POTTER AND ASHWINI VASUDEVA, individually and on behalf of a class of similarly-situated female employees,<br><br>Plaintiffs,<br><br>v.<br><br>KPMG LLP,<br><br>Defendant. | Civ. No. 11-CV-3743 (JMF) |

PLAINTIFFS' MOTION TO WITHDRAW
STEVEN L. WITTELS AS COUNSEL OF RECORD

Pursuant to Local Civil Rule 1.4, the undersigned hereby respectfully request that Steven L. Wittels be permitted to withdraw as Plaintiffs' counsel in this matter. There is good cause for this Motion, as follows:

1. Mr. Wittels is no longer with Sanford Heisler, LLP, effective October 1, 2012;

2. Plaintiffs' other attorneys of record will continue to serve as counsel for Plaintiffs;

3. Mr. Wittels' withdrawal will not delay the proceedings in this matter;

4. Plaintiffs will not be prejudiced in any way by the granting of this motion;

5. Both Defense Counsel and Plaintiffs have been notified of Mr. Wittels' departure from Sanford Heisler, LLP and of this Motion for his withdrawal as Counsel for Plaintiffs.

Dated December 4, 2012

Respectfully submitted,

    s/ Katherine Kimpel
Katherine M. Kimpel (admitted *pro hac vice*)
David W. Sanford (admitted *pro hac vice*)
Katherine E. Lamm (admitted *pro hac vice*)
Kate Mueting (admitted *pro hac vice*)
**SANFORD HEISLER, LLP**
1666 Connecticut Avenue, N.W., Suite 300
Washington, DC 20009
Telephone: (202) 499-5200
Facsimile: (202) 499-5199
kkimpel@sanfordheisler.com
dsanford@sanfordheisler.com
klamm@sanfordheisler.com
kmueting@sanfordheisler.com

Jeremy Heisler (JH-0145)
Siham Nurhussein (SN-9379)
Deepika Bains (DB-4935)
**SANFORD HEISLER, LLP**
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
jheisler@sanfordheisler.com
snurhussein@sanfordheisler.com
dbains@sanfordheisler.com

Janette Wipper (CA Bar No. 275264)
**SANFORD HEISLER, LLP**
555 Montgomery Street, Suite 1206
San Francisco, CA 94111
Telephone: (415) 795-2020
Facsimile: (415) 795-2021
jwipper@sanfordheisler.com

*Attorneys for the Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing and all documents attached hereto were served December 4, 2012 upon the following counsel of record by operation of the Court's electronic filing system:

Cheryl M. Stanton, Esq.
**OGLETREE, DEAKINS, NASH, SMOAK &STEWART, P.C.**
1745 Broadway, 22nd Floor
New York, NY 10019
cheryl.stanton@ogletreedeakins.com

Steven W. Moore, Esq.
**OGLETREE, DEAKINS, NASH, SMOAK &STEWART, P.C**
1600 Broadway, Suite 1940
Denver, CO 80202
steven.moore@ogletreedeakins.com

Peter O. Hughes, Esq.
**OGLETREE, DEAKINS, NASH, SMOAK &STEWART, P.C.**
10 Madison Avenue, Suite 400
Morristown, NJ 07960
peter.hughes@ogletreedeakins.com

Diane M. Saunders, Esq.
**OGLETREE, DEAKINS, NASH, SMOAK &STEWART, P.C**
One Boston Place, Suite 320
Boston, MA 02108
diane.saunders@ogletreedeakins.com

A true and correct copy of the foregoing and all documents attached hereto were served the same day upon the following counsel of record by U.S. Mail:

John G. Levi, Esq.
**SIDLEY AUSTIN LLP**
One South Dearborn St.
Chicago, IL 60603

Pursuant to Local Civil Rule 1.4, a true and correct copy of the foregoing and all documents attached hereto were served upon all Plaintiffs in this matter via electronic mail.

s/ Kate Nelson
Kate Nelson