```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
DONNA KASSMAN et al.,
                 Plaintiffs,

      -against-                         11 Civ. 3743 (LGS)

                                ORDER

KPMG, LLP.
                 Defendants.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      For the reasons stated on the record on August 1, 2013, the Clerk of Court is directed to close the motion at Dkt. No. 87.

Dated: August 20, 2013
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE