**SANFORD HEISLER, LLP**
1666 Connecticut Avenue, Suite 300
Washington, D.C. 20009
(202) 499-5206
Fax: (202) 499-5199
Email: kmueting@sanfordheisler.com
www.sanfordheisler.com

555 Montgomery Street
Suite 1206
San Francisco, CA 94111
Fax: (415) 795-2021

1350 Avenue of the Americas
31st Floor
New York, NY 10019
Fax: (646) 402-5651

November 26, 2013

VIA E-MAIL: Schofield_NYSDChambers@nysd.uscourts.gov
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York

Re:   *1:11-cv-03743-LGS: Kassman, et al. v. KPMG*

Dear Judge Schofield:

On November 15, 2013, KPMG sent a letter to the Court requesting that certain information in the Memorandum in Support of Plaintiffs' Motion for Conditional Certification and related exhibits be restricted from public view. On November 25, 2013, Plaintiffs informed KPMG that they objected to KPMG's proposed redactions, and KPMG responded by stating it is willing to consider Plaintiffs' position.

In light of the fact that the parties are engaged in discussions regarding KPMG's proposed redactions, Plaintiffs respectfully request that the Court provide the parties with time to confer on the issue before ruling on KPMG's proposed redactions.

Thank you for your attention to this matter. Please let us know if there is any other information we can provide.

Respectfully Submitted,

*/s/ Kate Mueting*
Kate Mueting

CC:  All counsel of record