# SANFORD HEISLER, LLP

1666 Connecticut Avenue, Suite 300
Washington, D.C. 20009
(202) 499-5202
Fax: (202) 499-5199
Email: kkimpel@sanfordheisler.com
**www.sanfordheisler.com**

555 Montgomery Street
Suite 1206
San Francisco, CA 94111
Fax: (415) 795-2021

1350 Avenue of the Americas
31st Floor
New York, NY 10019
Fax: (646) 402-5651

August 7, 2014

**Via Federal Express and ECF (Without Enclosures)**
The Honorable Lorna G. Schofield
U.S. District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *1:11–cv–03743–LGS: Kassman, et al. v. KPMG*

Dear Judge Schofield:

Plaintiffs submit the enclosed binder containing pleadings and exhibits relating to Plaintiffs' conditional certification motion. Pursuant to the Court's July 16, 2014 instructions, the binder is organized by the four categories of redactions in dispute by the Parties and includes annotations indicating Plaintiffs' and Defendant's proposed redactions. *See* Dkt. 185 at 6-11. KPMG sent Plaintiffs its revised redactions on July 28, 2014, and Plaintiffs sent a copy of this binder to Counsel for KPMG today.

Redactions proposed by Defendant are highlighted in yellow, with notes in blue ink. Redactions proposed by Plaintiffs are highlighted in green, with notes in green ink. Per the Court's instruction, Plaintiffs have also annotated the proposed redactions to indicate where the parties are in agreement and where they are not.

Please let us know if you have any questions regarding the binder's content or formatting. The Parties will make themselves available to answer any such inquiries at their earliest convenience.

Respectfully Submitted,

*/s/ Katherine Kimpel*
Katherine Kimpel

Enclosures (via Federal Express)

CC:   All Counsel of Record via ECF (with enclosures to Lead Counsel via Federal Express)