```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
DONNA KASSMAN, et al.,                                        :
                                    Plaintiffs,               :
                                                              :        11 Civ. 3743 (LGS)
              -against-                                       :
                                                              :             ORDER
KPMG LLP,                                                     :
                                    Defendant.                :
                                                              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2015

LORNA G. SCHOFIELD, District Judge:

WHEREAS a telephone conference was held on May 28, 2015.

It is hereby ORDERED that, for reasons stated on the record, Defendant's application to compel documents and communications concerning or with current or former KPMG partners, principals or employees named in the Third Amended Complaint or Plaintiffs' initial disclosures is GRANTED, subject to the limitations previously imposed.

It is further ORDERED that, concerning Defendant's Request for Production No. 11, Defendant shall propound up to five interrogatories to each of Plaintiffs Kassman and Vasudeva about mitigation.  The two plaintiffs shall respond to these interrogatories within 14 days or such other period as the parties shall agree.  The parties shall then meet and confer to determine what further discovery concerning mitigation, if any, is necessary.  Should any discovery disputes remain after the meet-and-confer, the parties shall promptly file a joint letter.

It is further ORDERED that Defendant's application for leave to file a limited supplemental memorandum in opposition to Plaintiffs' Motion for Equitable Tolling is DENIED.

SO ORDERED.

Dated: May 28, 2015
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE