UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
DONNA KASSMAN, et al.                                        :
                                   Plaintiff,                :
                                                             :     11 Civ. 3743 (LGS)
            -against-                                        :
                                                             :     ORDER
KPMG, LLP,                                                   :
                                   Defendant.                :
                                                             :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

   WHEREAS a conference was held on December 23, 2015.  For the reasons stated at the conference, it is hereby

   **ORDERED** that Plaintiffs' request for a pre-motion conference, considered to be a motion to compel discovery of electronically stored information from certain custodians employed by Defendant KPMG, is GRANTED in part.  Plaintiffs are allowed to take discovery from up to five additional custodians.  The parties shall confer in deciding which individuals will serve as the additional custodians.  It is further

   **ORDERED** that Plaintiffs shall bear one-third of the costs KPMG incurs in the collection, review and production of these custodians' documents.

Dated: December 23, 2015
       New York, New York

                                        _____
                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**