UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DONNA KASSMAN, et al.,
                              Plaintiffs,

              -against-

KPMG LLP,
                              Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/13/17

11 Civ. 3743 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, by letter dated March 23, 2017, Defendant moved to compel Plaintiff Nancy Jones to submit to a mental examination pursuant to Federal Rule of Civil Procedure 35 (Dkt. 651);

      WHEREAS, by letter sent by email dated April 4, 2017, Plaintiffs requested that the portion of the letter that referred to Plaintiff Jones' private conduct be redacted;

      WHEREAS, on April 12, 2017, a telephonic conference was held;

      WHEREAS, at the conference, Plaintiffs requested that Defendant bear the costs associated with Plaintiff Jones' travel and appearance at any Rule 35 examination. For the reasons stated at the conference, it is hereby

      **ORDERED** that Defendant's motion to compel is GRANTED. It is further

      **ORDERED** that Plaintiffs' request to redact a portion of Defendant's March 23 letter is GRANTED. It is further

      **ORDERED** that Plaintiffs' request for costs is DENIED.

      The Clerk of Court is directed to close the motion at Dkt. No. 651.

Dated: April 13, 2017
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE