

**Sanford Heisler Sharp, LLP**
1666 Connecticut Avenue NW, Suite 300
Washington, D.C. 20009
Telephone: (202) 499-5200
Fax: (202) 499-5199
www.sanfordheisler.com

*Kate Mueting*, Partner
(202) 499-5206
kmueting@sanfordheisler.com
Nashville

New York | Washington D.C. | San Francisco| San Diego |

October 26, 2017

**VIA CM/ECF**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Kassman v. KPMG LLP*, Civ. No. 11-cv-3743 (LGS)

Dear Judge Schofield:

The Parties respectfully submit this joint letter regarding the status of discovery in accordance with the Court's January 20, 2017 Order (Dkt. 640).

**Expert Discovery**

Pursuant to the Court's September 25, 2017 Order (Dkt. 697), Plaintiffs served expert reports for Drs. Vekker, Hanges, Goldberg and McGowan on September 29, 2017. KPMG deposed Dr. Vekker on October 20, 2017. KPMG is scheduled to depose Dr. Goldberg on October 30, 2017, Dr. McGowan on October 31, 2017 and Dr. Hanges on November 1, 2017. KPMG will serve Dr. Banks' response to the reports of Drs. Hanges and McGowan on November 22, 2017, and Plaintiffs are scheduled to depose Dr. Banks on December 1, 2017.

Please let us know if there is additional information the Parties could provide that would be helpful to the Court.

                Respectfully Submitted,

                *Kate Mueting*, Counsel for Plaintiffs
                *Colleen M. Kenney,* Counsel for KPMG

CC: All Counsel of Record, via ECF