UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/22/2017

---

**DONNA KASSMAN, SPARKLE PATTERSON, JEANETTE POTTER, ASHWINI VASUDEVA, TINA BUTLER, CHERYL CHARITY, HEATHER INMAN, NANCY JONES AND CAROL MURRAY, et al., individually and on behalf of a class of similarly-situated female employees,**

   Plaintiffs,

v.

**KPMG LLP,**

   Defendant.

Case No.: 11-cv-03743 (LGS)

---

# ORDER

WHEREAS, a conference was held before the Court on December 6, 2017 (Dkt. No. 707);

WHEREAS, the Court Ordered KPMG to file a letter explaining the type and number of additional declarations it seeks to file with upcoming class certification and collective decertification briefing (Dkt. No. 707); it is hereby

**ORDERED** that

 A. Plaintiff shall simultaneously file its motions for preliminary certification of a class under Rule 23, Fed. R. Civ. P., and final certification under the Equal Pay Act. Court papers in support and in opposition shall consist of the following:
  i. Memoranda of law not to exceed 65 pages for a single opening brief in support of both motions, 65 pages for the responsive brief, and 30 pages for the reply brief;
  ii. Declarations from no more than 25 individuals for Plaintiffs' opening brief, no more than 30 individuals for KPMG's opposition briefs, and 5 for Plaintiffs' reply briefs.
  iii. Each party may submit no more than 125 additional exhibits.

 B. The parties shall file motions and related court papers to exclude expert testimony pertinent to the class certification motions as follows::

      i. Memoranda of law not to exceed 10 pages for each opening and responsive brief, and no reply brief;
            a. With the exception of briefs related to Dr. Vekker, which are not to exceed 15 pages for each opening and responsive brief;
      ii. Attachments shall include (a) the expert report and (b) deposition excerpts not to exceed 15 pages. The Parties shall provide with the courtesy copy of the motions, a copy of the expert's report and full deposition transcript in PDF format (text searchable) on a CD.

C. The parties shall file a joint proposed briefing schedule by January 12, 2018, which shall include deadlines for the filing of all of the foregoing submissions.

D. The parties shall meet and confer promptly on any motion for summary judgment on class or collective claims, or on individual claims of the Named Plaintiffs, after the Court rules on class certification.

E. KPMG's request for reconsideration of this Court's ruling at Docket No. 640 is **denied.**

New York, New York
December 22, 2017

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**