**Sanford Heisler Sharp, LLP**

**Sanford Heisler Sharp, LLP**
1666 Connecticut Avenue NW, Suite 300
Washington, D.C. 20009
Telephone: (202) 499-5200
Fax: (202) 499-5199
www.sanfordheisler.com

*Kate Mueting*, Partner
(202) 499-5206
kmueting@sanfordheisler.com                New York | Washington D.C. | San Francisco | San Diego | Nashville | Baltimore

April 23, 2018

**VIA CM/ECF**
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    *Kassman v. KPMG LLP*, Civ. No. 11-cv-3743 (LGS)

Dear Judge Schofield:

        The Parties submit this joint status letter in accordance with this Court's Order at Docket No. 640. The Parties are currently engaged in class certification briefing and related declarant discovery in accordance with this Court's Order at Docket No. 729.

                                    * * * * *

        Please let us know if there is additional information the Parties could provide that would be helpful to the Court.

                            Respectfully Submitted,


                            *Kate Mueting*, Counsel for Plaintiffs
                            *Colleen M. Kenney,* Counsel for KPMG

CC: All Counsel of Record, via ECF