UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DONNA KASSMAN, et al.
       Plaintiffs,

   -against-

KPMG LLP,

       Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/3/18

11 Civ. 3743 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, a hearing is scheduled for August 8, 2018, for the parties to provide the Court with an overview of the arguments and evidence relevant to the *Daubert* motions. It is hereby

  **ORDERED** that each party's presentation at each of the abovementioned hearings shall not exceed 80 minutes. The parties may reserve up to 15 minutes for rebuttal.

Dated: August 3, 2018
   New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**