UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
DONNA KASSMAN, *et al.*,
                Plaintiff,

      -against-                        11 Civ. 3743 (LGS)

KPMG LLP, *et al*,
                Defendants.     ORDER
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that the conference in this matter previously scheduled for September 4, 2018 at 4:00 p.m., is canceled.

Dated: August 29, 2018
       New York, New York

*/s/ Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**