

*Kate Mueting*, Partner
(202) 499-5206
kmueting@sanfordheisler.com

**Sanford Heisler Sharp, LLP**
1666 Connecticut Avenue NW, Suite 300
Washington, D.C. 20009
Telephone: (202) 499-5200
Fax: (202) 499-5199
www.sanfordheisler.com

New York | Washington D.C. | San Francisco | San Diego | Nashville | Baltimore

September 4, 2018

**VIA CM/ECF**
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Kassman v. KPMG LLP*, Civ. No. 11-cv-3743 (LGS)

Dear Judge Schofield:

The Parties submit this joint status letter in accordance with this Court's Order at Docket No. 640.

The Parties presented an overview of their arguments on class and collective certification and related motions during hearings held on August 2 and August 8, 2018.

The class and collective certification briefing and related briefing is not yet on the docket, and, as noted in the joint status letter filed with the Court on July 20, 2018, the Parties have been meeting and conferring on their proposed redactions.  *See* Docket No. 767.  KPMG sent Plaintiffs its proposal on redactions to the certification-related briefing on Friday, August 31, 2018.  Plaintiffs anticipate responding shortly, and the Parties anticipate that they can submit their joint letter on proposed redactions to the Court this week.

\* \* \* \* \*

Please let us know if there is additional information the Parties could provide that would be helpful to the Court.

Respectfully Submitted,

*Kate Mueting*, Counsel for Plaintiffs
*Colleen M. Kenney,* Counsel for KPMG

CC: All Counsel of Record, via ECF