UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
DONNA KASSMAN, et al., :
                    Plaintiffs, :
                -against- :
KPMG LLP, :
                  Defendant. :
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2019

11 Civ. 3743 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Court is considering appointing a special master pursuant to Federal Rule of Civil Procedure 53 to oversee potential settlement discussions and/or to manage issues arising from the litigation of the more than 1000 individual opt-in plaintiffs' claims,;

WHEREAS, on January 17, 2019, a status conference was held. For the reasons stated at the conference, it is hereby

**ORDERED** that the parties shall meet and confer regarding potential candidates for appointment as a special master. The parties shall also confer regarding a potential agreement to exchange information about the opt-in Plaintiffs and to stop the Equal Pay Act limitations period from running (by tolling or some other means). It is further

**ORDERED** that on **February 7, 2019**, the parties shall jointly file a status letter on ECF. The status letter shall be in lieu of the next status letter due under the Court's prior Order (Dkt. No. 640). The status letter shall include, in addition to the usual information:

1) Suggested candidates for appointment as a special master, preferably former federal district court or magistrate judges;

2) The parties' respective positions on whether and how a special master would or would not be useful now or at some later time;

3) An update on the parties' discussions regarding the exchange of information about the opt-in Plaintiffs and the Equal Pay Act limitations period.

Dated: January 17, 2019
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE