```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DONNA KASSMAN, et al.,                                      :
                                        Plaintiffs,         :
                                                            :          11 Civ. 3743 (LGS)
                -against-                                   :
                                                            :                 ORDER
KPMG LLP,                                                   :
                                        Defendant.          :
----------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by letter to Chambers dated May 31, 2019, Plaintiffs sought leave to file in redacted form exhibits to Plaintiffs' May 31, 2019, letter (Dkt. No. 884). It is hereby

**ORDERED** that Plaintiffs' request to file the exhibits in redacted form is **GRANTED**. Although "[t]he common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute, and courts "must balance competing considerations against" the presumption of access. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006) (internal quotation marks omitted); *see also Nixon v. Warner Commc'ns., Inc.*, 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case."). Filing the exhibits under seal is necessary to prevent the unauthorized dissemination of sensitive personal information. Plaintiffs shall file the exhibit in redacted form on ECF and in unredacted form under seal.

Dated: June 4, 2019
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE