USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA KASSMAN, SPARKLE PATTERSON, JEANETTE POTTER, ASHWINI VASUDEVA, TINA BUTLER, CHERYL CHARITY, HEATHER INMAN, NANCY JONES AND CAROL MURRAY, et al., individually and on behalf of a class of similarly-situated female employees,<br><br>Plaintiffs,<br><br>v.<br><br>KPMG LLP,<br><br>Defendant. | Hon. Lorna G. Schofield<br>Case No.: 11-cv-03743 (LGS)<br><br>*Civil Action* |

## [PROPOSED] ORDER

Upon consideration of Defendant KPMG LLP's Notice of Withdrawn Former Opt-In Plaintiffs ("Notice") (Dkt. 891), the Court finds that Former Opt-in Plaintiffs ("FOIPs") Roneshia Revels and Jennifer Resnick have withdrawn their verified Fact Sheets ("VFS") and therefore no longer have submitted a VFS to KPMG as required to continue to prosecute their individual Equal Pay Act ("EPA") claims in this Court.

Therefore, **IT IS HEREBY ORDERED** that with respect to each of Roneshia Revels and Jennifer Resnick:

(1) Their respective EPA claims are hereby dismissed without prejudice and without costs or attorneys' fees to any party;

(2) The statute of limitations as to each their respective EPA claims (if any) shall begin to run as of April 30, 2019; and

(3) The tolling of the EPA statute of limitations previously ordered by the Court (Dkt. 413 and Dkt. 853) shall no longer apply.

Dated: July 16, 2019
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE