```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA KASSMAN, SPARKLE PATTERSON, JEANETTE POTTER, ASHWINI VASUDEVA, TINA BUTLER, CHERYL CHARITY, HEATHER INMAN, NANCY JONES AND CAROL MURRAY individually and on behalf of a class of similarly-situated female employees,<br><br>    Plaintiffs,<br><br> v.<br><br>KPMG LLP,<br><br>    Defendant. | Civ. No. 11-CV-3743 (LGS) |

## [PROPOSED] ORDER

Upon consideration of ~~Plaintiffs' Letter~~ the parties' letters regarding the dismissal of the claims of Opt-In Plaintiffs Pamela Hardy and Deborah Haas Moeller, the Court hereby

  **ORDERS**, that the Equal Pay Act claims of Pamela Hardy and Deborah Haas Moeller are

**REINSTATED** *nunc pro tunc*, effective May 23, 2019, and that this Court's Order at Docket No. 878 does not apply to them.

So Ordered.  Defendant may file a pre-motion letter to strike or dismiss with respect to any Verified Fact Sheet it contends was untimely served or amended.

Dated: July 19, 2019
   New York, New York

                  _____
                    LORNA G. SCHOFIELD
                   UNITED STATES DISTRICT JUDGE