UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                     :
DONNA KASSMAN, et al.,                      :
                         Plaintiffs,     :          11 Civ. 3743 (LGS)
                                       :
            -against-                :          <u>ORDER</u>
                                       :
KPMG LLP,                                 :
                         Defendant.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on July 15, 2020, an Opinion and Order was issued, granting in part Defendant's motion to dismiss and denying Defendant's motion to strike. *See* Dkt. No. 926.

       WHEREAS, on July 29, 2020, the parties filed a joint status letter. *See* Dkt. No. 976. It is hereby

       **ORDERED** that, by **August 4, 2020**, Plaintiffs shall file any letter motion to amend any Verified Fact Sheets ("VFSs"). Defendant shall file any letter response by **August 11, 2020**. It is further

       **ORDERED** that a conference will be held on **August 12, 2020, at 2:00 p.m.** to address Plaintiffs' letter motion to amend. The conference will occur on the following conference line: (888) 363-4749, access code: 5583333. The time of the conference is approximate, but the parties shall ensure that they are dialed into the conference line by the appointed conference time. It is further

       **ORDERED** that Plaintiffs' deadline to appeal the Opinion and Order at Dkt. No. 926 is extended to **September 14, 2020**, pursuant to Federal Rules of Appellate Procedure 4(a)(5)(A)(i) and 4(a)(5)(C). It is further

**ORDERED** that Defendant's deadline to answer, move or otherwise respond to the VFSs is **STAYED** pending the Court's ruling on the letter motion to amend.

Dated: July 30, 2020
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**