UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DONNA KASSMAN, et al.,

                           Plaintiffs,           11 Civ. 3743 (LGS)

          -against-                     ORDER

KPMG LLP,

                          Defendant.
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, by Order dated July 30, 2020 (Dkt. 928), Plaintiffs were ordered to file any letter motion to amend any Verified Fact Sheets by August 4, 2020, Defendants were ordered to file any letter response by August 11, 2020, and a conference was scheduled for August 12, 2020, to address Plaintiff's letter motion to amend.  For the reasons discussed at the conference, it is hereby

      **ORDERED** that, for the reasons stated on the record, Plaintiffs' letter motion filed August 4, 2020, (Dkt. 929), which is construed as a motion to amend Verified Fact Sheets, is DENIED.  It is further

      **ORDERED** that, by August 26, 2020, the parties shall meet and confer, and file a joint letter proposing appropriate next steps.

Dated: August 12, 2020
       New York, New York

                                                      LORNA G. SCHOFIELD
                                            **UNITED STATES DISTRICT JUDGE**