# Exhibit A

[Filed Separately for Redactions and Filing Under Seal]