

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
+1 312 853 7000
+1 312 853 7036 FAX

AMERICA • ASIA PACIFIC • EUROPE

CKENNEY@SIDLEY.COM
+1 312 853 4166

October 14, 2020

**V**IA **ECF**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **Kassman, et al. v. KPMG LLP, Case No. 11-cv-03743 (LGS)**

Dear Judge Schofield:

    In accordance with the Court's October 1, 2020 Order (Dkt. 942), the Parties have filed a Proposed Order dismissing certain former opt-in plaintiffs who have submitted Verified Fact Sheets and have stipulated to the dismissal of their claims. (Dkt. 943).  Pursuant to Rule I.D.3 of this Court's Individual Rules and Procedures for Civil Cases and Section 10(a) of the Stipulated Protective Order, Defendant KPMG LLP ("KPMG") respectfully submits this letter motion proposing that certain limited and discrete information in Exhibit A to the Proposed Order be redacted and sealed.  In accordance with Rule I.D.3, KPMG has publicly filed the Exhibit with the proposed redactions and has electronically filed under seal a copy of the unredacted Exhibit with the proposed redactions highlighted.

    The proposed redactions in question are carefully and narrowly limited to text disclosing employee personnel and personal information, specifically, the employee identification number (EEID) of the former opt-in plaintiffs.  Individuals utilize their EEIDs to access certain personnel systems that contain additional personnel and personal information and disclosing them publicly could put this sensitive information at risk.  *See also Murphy v. Rochester City Sch. Dist.*, 2002 WL 31322639, at *1-4 (W.D.N.Y. Sept. 30, 2002) (sealing employee personnel information).  KPMG thus respectfully requests that the Court order that the EEIDs of each of the individuals listed in Exhibit A be publicly docketed only with KPMG's redactions, and unredacted versions be filed under seal, to be accessed by all attorneys of record, as noted in the attached appendix.

                        Very truly yours,

                        /s/ *Colleen M. Kenney*

                        Colleen M. Kenney

CC: All Counsel of Record, via ECF

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships.

261948426v.1



Honorable Lorna G. Schofield
Page 2

**APPENDIX**

Pursuant to Individual Rule I.D.3, KPMG identifies below all parties and attorneys of record who should have access to the sealed document:

| Party | Counsel of Record |
|---|---|
| Plaintiffs | Kelly Dermody<br>Lieff Cabraser Heimann & Bernstein, LLP(SF)<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>(415) 956 1000<br>(415) 956 1008 (fax)<br>kdermody@lchb.com<br><br>Rachel Geman<br>Lieff Cabraser Heimann & Bernstein, LLP (NY)<br>rgeman@lchb.com<br><br>Michelle Lamy<br>Lieff Cabraser Heimann & Bernstein, LLP (SF)<br>mlamy@lchb.com<br><br>Michael Ian Levin-Gesundheit<br>Lieff Cabraser Heimann & Bernstein, LLP(SF)<br>mlevin@lchb.com<br><br>Anne B. Shaver<br>Lieff Cabraser Heimann & Bernstein, LLP (SF)<br>ashaver@lchb.com<br><br>Tiseme Gabriella Zegeye<br>Lieff Cabraser Heimann & Bernstein, LLP (SF)<br>tzegeye@lchb.com<br><br>Conor Daniel Ahern<br>Sanford Heisler Sharp LLP (DC)<br>700 Pennsylvania Ave. SE Suite 300<br>Washington, DC 20003<br>202-499-5208<br>202-499-5199 (fax)<br>cahern@sanfordheisler.com |

**SIDLEY AUSTIN LLP**
**SIDLEY**

Honorable Lorna G. Schofield
Page 3

| Party | Counsel of Record |
|---|---|
| | Saba Bireda<br>Sanford Heisler Sharp, LLP (DC)<br>sbireda@sanfordheisler.com<br><br>Jeremy Heisler<br>Sanford Heisler Sharp, LLP (NYC)<br>jheisler@sanfordheisler.com<br><br>Thomas J Henderson<br>Sanford Heisler Sharp, LLP (DC)<br>thenderson@sanfordheisler.com<br><br>Katie Mueting<br>Sanford Heisler Sharp, LLP (DC)<br>kmueting@sanfordheisler.com<br><br>Shaun Rosenthal<br>Sanford Heisler Sharp, LLP (DC)<br>srosenthal@sanfordheisler.com<br><br>David W. Sanford<br>Sanford Heisler Sharp, LLP (DC)<br>dsanford@sanfordheisler.com<br><br>Jennifer Siegel<br>Sanford Heisler Sharp, LLP (NYC)<br>jsiegel@sanfordheisler.com<br><br>Leigh Anne St. Charles<br>Sanford Heisler Sharp, LLP (Nashville)<br>lstcharles@sanfordheisler.com |
| Defendant KPMG LLP | Peter O. Hughes<br>Ogletree Deakins<br>10 Madison Avenue Suite 400<br>Morristown, NJ 07960<br>973-656-1600<br>973-656-1611 (fax)<br>peter.hughes@ogletreedeakins.com |

SIDLEY AUSTIN LLP
SIDLEY

Honorable Lorna G. Schofield
Page 4

| Party | Counsel of Record |
|-------|-------------------|
|       | Stephanie Lauren Aranyos<br>Ogletree Deakins (NYC)<br>stephanie.aranyos@ogletreedeakins.com<br><br>Chris R. Pace<br>Ogletree Deakins (Kansas City)<br>chris.pace@ogletreedeakins.com<br><br>Diane Marjorie Saunders<br>Ogletree Deakins (Boston)<br>diane.saunders@ogletreedeakins.com<br><br>Colleen M. Kenney<br>Sidley Austin LLP<br>One S. Dearborn St.<br>Chicago, IL 60603<br>(312) 853-7000<br>(312) 853-7036 (fax)<br>ckenney@sidley.com<br><br>Eric G. Hoffman<br>Sidley Austin LLP (NY)<br>eghoffman@sidley.com<br><br>Wendy M. Lazerson<br>Sidley Austin LLP (Palo Alto)<br>wlazerson@sidley.com<br><br>John Gerson Levi<br>Sidley Austin LLP (Chicago)<br>jlevi@sidley.com<br><br>Melanie Elizabeth Walker<br>Sidley Austin LLP (Chicago)<br>mewalker@sidley.com |