UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                          :
DONNA KASSMAN, et al.,                                    :
                            Plaintiffs,                   :
                                                          :      11 Civ. 3743 (LGS)
           -against-                                      :
                                                          :      ORDER
KPMG LLP.,                                                :
                            Defendants.                   :
-------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 14, 2020, Defendant filed a motion to redact and seal portions of Exhibit A to the Proposed Order filed at Docket Nos. 945 and 946;

WHEREAS, on October 16, 2020, the Court ordered Plaintiffs to file, by October 20, 2020, any responsive letter in opposition to Defendant's motion to redact and seal (Dkt. No. 947);

WHEREAS, no such letter in opposition was filed; it is hereby

**ORDERED** that, Plaintiffs' motion to seal is **GRANTED**.  The unredacted version of Exhibit A (Dkt. No. 946) will remain sealed, and only the parties and individuals identified in the attached appendix will have access.  Although "[t]he common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute, and courts "must balance competing considerations against" the presumption of access.  *Lugosch v. Pyramid Co. of Omondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006) (internal quotation marks omitted); *see also Nixon v. Warner Commc'ns., Inc.*, 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case.").  Filing the above-referenced document in redacted form is necessary to prevent the unauthorized dissemination of confidential business information.

Dated: October 21, 2020
       New York, New York

                                                          _____
                                                          **LORNA G. SCHOFIELD**
                                                          **UNITED STATES DISTRICT JUDGE**



**APPENDIX**

Pursuant to Individual Rule I.D.3, KPMG identifies below all parties and attorneys of record who should have access to the sealed document:

| Party | Counsel of Record |
|---|---|
| Plaintiffs | Kelly Dermody<br>Lieff Cabraser Heimann & Bernstein, LLP(SF)<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>(415) 956 1000<br>(415) 956 1008 (fax)<br>kdermody@lchb.com<br><br>Rachel Geman<br>Lieff Cabraser Heimann & Bernstein, LLP (NY)<br>rgeman@lchb.com<br><br>Michelle Lamy<br>Lieff Cabraser Heimann & Bernstein, LLP (SF)<br>mlamy@lchb.com<br><br>Michael Ian Levin-Gesundheit<br>Lieff Cabraser Heimann & Bernstein, LLP(SF)<br>mlevin@lchb.com<br><br>Anne B. Shaver<br>Lieff Cabraser Heimann & Bernstein, LLP (SF)<br>ashaver@lchb.com<br><br>Tiseme Gabriella Zegeye<br>Lieff Cabraser Heimann & Bernstein, LLP (SF)<br>tzegeye@lchb.com<br><br>Conor Daniel Ahern<br>Sanford Heisler Sharp LLP (DC)<br>700 Pennsylvania Ave. SE Suite 300<br>Washington, DC 20003<br>202-499-5208<br>202-499-5199 (fax)<br>cahern@sanfordheisler.com |

SIDLEY AUSTIN LLP
SIDLEY

| Party | Counsel of Record |
|---|---|
|  | Saba Bireda<br>Sanford Heisler Sharp, LLP (DC)<br>sbireda@sanfordheisler.com<br><br>Jeremy Heisler<br>Sanford Heisler Sharp, LLP (NYC)<br>jheisler@sanfordheisler.com<br><br>Thomas J Henderson<br>Sanford Heisler Sharp, LLP (DC)<br>thenderson@sanfordheisler.com<br><br>Katie Mueting<br>Sanford Heisler Sharp, LLP (DC)<br>kmueting@sanfordheisler.com<br><br>Shaun Rosenthal<br>Sanford Heisler Sharp, LLP (DC)<br>srosenthal@sanfordheisler.com<br><br>David W. Sanford<br>Sanford Heisler Sharp, LLP (DC)<br>dsanford@sanfordheisler.com<br><br>Jennifer Siegel<br>Sanford Heisler Sharp, LLP (NYC)<br>jsiegel@sanfordheisler.com<br><br>Leigh Anne St. Charles<br>Sanford Heisler Sharp, LLP (Nashville)<br>lstcharles@sanfordheisler.com |
| Defendant KPMG LLP | Peter O. Hughes<br>Ogletree Deakins<br>10 Madison Avenue Suite 400<br>Morristown, NJ 07960<br>973-656-1600<br>973-656-1611 (fax)<br>peter.hughes@ogletreedeakins.com |

**SIDLEY AUSTIN LLP**
SIDLEY

| Party | Counsel of Record |
|---|---|
|  | Stephanie Lauren Aranyos<br>Ogletree Deakins (NYC)<br>stephanie.aranyos@ogletreedeakins.com<br><br>Chris R. Pace<br>Ogletree Deakins (Kansas City)<br>chris.pace@ogletreedeakins.com<br><br>Diane Marjorie Saunders<br>Ogletree Deakins (Boston)<br>diane.saunders@ogletreedeakins.com<br><br>Colleen M. Kenney<br>Sidley Austin LLP<br>One S. Dearborn St.<br>Chicago, IL 60603<br>(312) 853-7000<br>(312) 853-7036 (fax)<br>ckenney@sidley.com<br><br>Eric G. Hoffman<br>Sidley Austin LLP (NY)<br>eghoffman@sidley.com<br><br>Wendy M. Lazerson<br>Sidley Austin LLP (Palo Alto)<br>wlazerson@sidley.com<br><br>John Gerson Levi<br>Sidley Austin LLP (Chicago)<br>jlevi@sidley.com<br><br>Melanie Elizabeth Walker<br>Sidley Austin LLP (Chicago)<br>mewalker@sidley.com |