

**Sanford Heisler Sharp, LLP**
700 Pennsylvania Ave. SE, Suite 300
Washington, D.C. 20003
Telephone: (202) 499-5206
Fax: (202) 499-5199
www.sanfordheisler.com

*Kate Mueting,* Partner
(202) 499-5206
kmueting@sanfordheisler.com

New York | Washington, D.C. | San Francisco | San Diego | Nashville | Baltimore

November 20, 2020

**VIA CM/ECF**
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Kassman v. KPMG LLP*, Civ. No. 11-cv-3743 (LGS)

Dear Judge Schofield:

Pursuant to this Court's Order at Docket No. 949, the Parties submit this joint letter apprising the Court of the status of mediation. The Parties are scheduled to mediate on December 9, 2020.

Since the October 14, 2020 filing, in which Plaintiffs' Counsel noted it had received authority from each of the Named Plaintiffs and 437 fact sheet Plaintiffs, Plaintiffs have since received additional authority. At this time, Plaintiffs' Counsel has authority from each of the Named Plaintiffs and from 443 out of 444 fact sheet Plaintiffs, and Plaintiffs are continuing to make best efforts to notify the remaining individual of the mediation information. The Parties will provide another update within 30 days in accordance with the Court's Order.

                          Respectfully Submitted,

                          *Kate Mueting*, Counsel for Plaintiffs
                          *Colleen M. Kenney,* Counsel for KPMG

CC: All Counsel of Record, via ECF