Case 1:20-cv-03743-LGS Document 49-1 Filed 12/17/20 Page 1 of 1
Case 1:11-cv-03743-LGS Document 952 Filed 12/17/20 Page 1 of 1
11-cv-3743(LGS)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/2020

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of December, two thousand twenty,

_____

Donna Kassman, Individually and on behalf of a class of similarly-situated female employees, Sparkle Patterson, individually and on behalf of a class of similarly situated female employees, Jeanette Potter, individually and on behalf of a class of similarly situated female employees, Tina Butler, Heather Inman, Ashwini Vasudeva, individually and on behalf of a class of similarly situated female employees, Cheryl Charity, Nancy Jones, Carol Murray,

    Plaintiffs - Appellants,

Linda O'Donnell, individually and on behalf of a class of similarly situated female employees, Jessica Lake,

    Plaintiffs,

v.

KPMG, LLP,

    Defendant - Appellee,

Douglas R Hart,

    Defendant.

_____

**ORDER**
Docket No. 20-3126

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

CERTIFIED COPY ISSUED ON 12/17/2020