UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA KASSMAN, SPARKLE PATTERSON, JEANETTE POTTER, ASHWINI VASUDEVA, TINA BUTLER, CHERYL CHARITY, HEATHER INMAN, NANCY JONES AND CAROL MURRAY individually and on behalf of a class of similarly-situated female employees,<br><br>      **Plaintiffs,**<br><br> v.<br><br>KPMG LLP,<br><br>      **Defendant.** | Civ. No. 11-CV-3743 (LGS) |

### PLAINTIFFS' MOTION TO WITHDRAW
### CONOR AHERN AS COUNSEL OF RECORD

Pursuant to Local Civil Rule 1.4, the undersigned hereby respectfully request that Conor Ahern be permitted to withdraw as Plaintiffs' counsel in this matter. There is good cause for this Motion, as follows:

1. Mr. Ahern is no longer associated with Sanford Heisler Sharp, LLP, effective December 31, 2020;

2. Plaintiffs' other attorneys of record will continue to serve as counsel for Plaintiffs;

3. Mr. Ahern's withdrawal will not delay the proceedings in this matter;

4. Mr. Ahern is not asserting a retaining or charging lien;

5. Plaintiffs will not be prejudiced in any way by the granting of this motion;

6. The Named Plaintiffs have been notified of Mr. Ahern's departure from Sanford Heisler Sharp, LLP, and will be served a copy of this Motion.

DATED: January 4, 2021

         s/ Kate Mueting
David Sanford (*admitted pro hac vice*)
Kate Mueting (*admitted pro hac vice*)
Thomas J. Henderson (*admitted pro hac vice*)
Shaun Rosenthal
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Avenue, Southeast, Suite 300
Washington, DC 20003
Telephone: (202) 499-5200
Facsimile: (202) 499-5199
Email: dsanford@sanfordheisler.com
Email: kmueting@sanfordheisler.com
Email: thenderson@sanfordheisler.com
Email: srosenthal@sanfordheisler.com

Kelly M. Dermody (*admitted pro hac vice*)
Anne B. Shaver (*admitted pro hac vice*)
Michael Levin-Gesundheit (*admitted pro hac vice*)
Tiseme G. Zegeye
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: kdermody@lchb.com
Email: ashaver@lchb.com
Email: mlevin@lchb.com
Email: tzegeye@lchb.com

Rachel Geman
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013-9592
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
Email: rgeman@lchb.com

*Attorneys for the Plaintiffs*