

**Sanford Heisler Sharp, LLP**
700 Pennsylvania Ave SE, Suite 300
Washington, D.C. 20003
Telephone: (202) 499-5200
Fax: (202) 499-5199
www.sanfordheisler.com

*Kate Mueting*, Partner
(202) 499-5206
kmueting@sanfordheisler.com

New York | Washington D.C. | San Francisco | San Diego | Nashville | Baltimore

January 20, 2021

**VIA CM/ECF**
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Kassman v. KPMG LLP*, Civ. No. 11-cv-3743 (LGS)

Dear Judge Schofield:

Pursuant to this Court's Order at Docket No. 949, the Parties submit this joint letter apprising the Court of the status of mediation.

As noted in the Parties' December 21, 2020 joint letter at Docket No. 953, on December 9, 2020, the Parties engaged in a private mediation and reached a settlement in principle, subject to approval by the individual plaintiffs. Counsel for the Parties are continuing to negotiate the terms of a final settlement agreement.

The Parties will provide another update within 30 days in accordance with the Court's Order.

    Respectfully Submitted,

    *Kate Mueting*, Counsel for Plaintiffs
    *Colleen M. Kenney,* Counsel for KPMG

CC: All Counsel of Record, via ECF