UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA KASSMAN, SPARKLE PATTERSON, JEANETTE POTTER, ASHWINI VASUDEVA, TINA BUTLER, CHERYL CHARITY, HEATHER INMAN, NANCY JONES AND CAROL MURRAY individually and on behalf of a class of similarly situated female employees,<br><br>**Plaintiffs,**<br><br>v.<br><br>**KPMG LLP,**<br><br>**Defendant.** | Civ. No. 11-CV-3743 (LGS) |

**CORRECTED MOTION FOR APPROVAL OF THE SETTLEMENT AGREEMENT**

Plaintiffs respectfully move this Court for review and approval of a settlement agreement that seeks to resolve all pending claims before the Court. If the Court approves the Settlement Agreement and the conditions therein are met, the Parties will file a binding stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to dismiss with prejudice the claims of all Plaintiffs who sign the agreement. Defendant KPMG consents to this motion and will be filing a response in support of Plaintiffs' Motion for Approval of the Settlement Agreement. A copy of the Settlement Agreement and the reasons and authorities in support of this motion are more fully described in the accompanying Memorandum in Support.

Dated: April 6, 2021

By:

*[signature: Kate Mueting]*
Kate Mueting

David Sanford (*admitted pro hac vice*)
Kate Mueting (*admitted pro hac vice*)
Thomas J. Henderson (*admitted pro hac vice*)
Shaun Rosenthal

**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Avenue, Southeast, Suite 300
Washington, DC 20003
Telephone: (202) 499-5200
Facsimile: (202) 499-5199
Email: dsanford@sanfordheisler.com
Email: kmueting@sanfordheisler.com
Email: thenderson@sanfordheisler.com
Email: srosenthal@sanfordheisler.com

Jeremy Heisler
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 402-5650
Facsimile: (202) 402-5651
Email: jheisler@sanfordheisler.com

Kelly M. Dermody (*admitted pro hac vice*)
Anne B. Shaver (*admitted pro hac vice*)
Michael Levin-Gesundheit (*admitted pro hac vice*)
Tiseme G. Zegeye
Michelle Lamy (*admitted pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: kdermody@lchb.com
Email: ashaver@lchb.com
Email: mlevin@lchb.com
Email: tzegeye@lchb.com
Email: mlamy@lchb.com

Rachel Geman
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013-9592
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
Email: rgeman@lchb.com

*Attorneys for the Plaintiffs*