UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA KASSMAN, SPARKLE PATTERSON, JEANETTE POTTER, ASHWINI VASUDEVA, TINA BUTLER, CHERYL CHARITY, HEATHER INMAN, NANCY JONES AND CAROL MURRAY, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>KPMG LLP,<br><br>        Defendant. | Civ. No. 11-cv-3743 (LGS) |

## [PROPOSED] ORDER

PURSUANT TO STIPULATION DKT. NO. 984 (THE "STIPULATION"), IT IS SO ORDERED THAT THE ACTIONS AND THE CLAIMS OF ALL NAMED PLAINTIFFS AND OF ALL FORMER OPT-IN PLAINTIFFS (AS DEFINED IN THE STIPULATION), EXCEPT ANNE MACEDONIO AND SHARDAE TARKINGTON, ARE DISMISSED WITH PREJUDICE, EACH PARTY TO BEAR ITS OWN ATTORNEYS' FEES AND COSTS:

By **June 4, 2021**, Defendant shall serve a copy of this Order on Plaintiffs Anne Macedonio and Shardae Tarkington, and by **June 11, 2021**, Defendant, in consultation with Ms. Macedonio and Ms. Tarkington, shall file a letter proposing next steps.

So Ordered.

Dated this  2nd  day of   June    , 2021

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**