UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 :
DONNA KASSMAN, et al.,                     :
                        Plaintiffs,    :    11 Civ. 3743 (LGS)
 :
          -against-                    :    ORDER
 :
KPMG LLP,                                  :
                        Defendant.     :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Anne Macedonio submitted the Notice of Pro Se Appearance and Consent to Electronic service, attached as Exhibits A and B.

      The Clerk of Court is respectfully directed to docket Exhibits A and B and to add Ms. Macedonio as a named Plaintiff.

Dated: June 25, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| C. Anne Macedonio, CPA |
| --- |
| C. Anne Macedonio, CPA |
| Plaintiff(s), |
| -against- |
| KPMG, LLC |
| KPMG, LLC |
| Defendant(s). |

Docket No: __1:11__ CV __03743__ ( LGS )( )

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☐ that all future correspondence be mailed to me at the address below, or

☑ that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

Macedonio, C. Anne        ☑ Plaintiff
                          ☐ Defendant
Name (Last, First, MI)

PO Box 201 | Abita Springs | LA | 70420
Address | City | State | Zip Code

401-297-1139        c.annemacedonio.cpa@protonmail.com
Telephone Number    e-mail address

6/22/21              C. Anne Macedonio, CPA
Date                 Signature

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

C. Anne Macedonio CPA v. KPMG LLP Civ No. 11-cv-3743 (LGS)

C. Anne Macedonio CPA v. KPMG LLP Civ No. 11-cv-3743 (LGS)

Macedonio, C. Anne
Name (Last, First, MI)

| PO Box 201 | Abita Springs | LA | 70420 |
|---|---|---|---|
| Address | City | State | Zip Code |

| 401-297-1139 | c.annemacedonio.cpa@protonmail.com |
|---|---|
| Telephone Number | E-mail Address |

| 6/22/21 | C. Anne Macedonio, CPA |
|---|---|
| Date | Signature |

**Click Here to Save**