```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
DONNA KASSMAN, et al.,                        :
                           Plaintiffs,        :    11 Civ. 3743 (LGS)
                                              :
            -against-                         :    ORDER
                                              :
KPMG LLP,                                     :
                           Defendant.         :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on June 17, 2021, a pre-motion conference was held.

WHEREAS, on July 9, 2021, Defendant filed a motion to seal portions of the transcript of the June 17, 2021, pre-motion conference. Dkt. No. 1008. It is hereby

**ORDERED** that, Defendant's motion to seal is **GRANTED**. The unredacted version of the transcript at Docket Nos. 1004 and 1009 will remain sealed. Only the parties and individuals identified in the attached Appendix will have access. Although "[t]he common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute, and courts "must balance competing considerations against" the presumption of access. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006) (internal quotation marks omitted); *see also Nixon v. Warner Commc'ns., Inc.*, 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case."). Filing the above-referenced document in redacted form is necessary to prevent the unauthorized dissemination of personal information.

The Clerk of Court is respectfully directed to close the motion at Docket No. 1008.

Dated: July 12, 2021
       New York, New York

                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE

# **APPENDIX**

Pursuant to Individual Rule I.D.3, KPMG identifies below all parties and attorneys of record who should have access to the sealed document:

| Party | Counsel of Record |
|---|---|
| Plaintiff | Anne Macedonio<br>PO Box 201<br>Abita Springs, LA 70420<br>c.annemacedonio.cpa@protonmail.com |
| Defendant KPMG LLP | Peter O. Hughes<br>Ogletree Deakins<br>10 Madison Avenue Suite 400<br>Morristown, NJ 07960<br>973-656-1600<br>973-656-1611 (fax)<br>peter.hughes@ogletreedeakins.com<br><br>Stephanie Lauren Aranyos<br>Ogletree Deakins (NYC)<br>stephanie.aranyos@ogletreedeakins.com<br><br>Chris R. Pace<br>Ogletree Deakins (Kansas City)<br>chris.pace@ogletreedeakins.com<br><br>Diane Marjorie Saunders<br>Ogletree Deakins (Boston)<br>diane.saunders@ogletreedeakins.com<br><br>Colleen M. Kenney<br>Sidley Austin LLP<br>One S. Dearborn St.<br>Chicago, IL 60603<br>(312) 853-7000<br>(312) 853-7036 (fax)<br>ckenney@sidley.com<br><br>Eric G. Hoffman<br>Sidley Austin LLP (NY)<br>eghoffman@sidley.com<br><br>Wendy M. Lazerson<br>Sidley Austin LLP (Palo Alto) |

| Party | Counsel of Record |
|---|---|
| | wlazerson@sidley.com<br><br>John Gerson Levi<br>Sidley Austin LLP (Chicago)<br>jlevi@sidley.com |