UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
DONNA KASSMAN, et. al,
                            Plaintiffs,        11 Civ. 3743 (LGS)

          -against-                        ORDER

KPMG LLP,
                            Defendant.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Defendant filed a pre-motion letter in anticipation of a motion to dismiss Plaintiff Anne Macedonio's Amended Verified Fact Sheet (Dkt. No 1013), and Plaintiff filed a responsive letter (Dkt. No. 1015). It is hereby

      **ORDERED** that, Defendant's motion to dismiss shall be briefed according to the following schedule, and all submissions shall be double-spaced:

- by **September 13, 2021**, Defendant shall file the motion to dismiss with a memorandum of law not to exceed twenty-five (25) pages;

- by **October 4, 2021**, Plaintiff shall file her opposition, not to exceed twenty-five (25) pages;

- by **October 14, 2021**, Defendant shall file any reply in support of the motion, not to exceed ten (10) pages.

Plaintiff Macedonio's responsive letter (Dkt. No. 1015) should be considered a part of and a supplement to her pleading for purposes of the motion.

      The parties shall comply with the Court's Individual Rules, and if in effect, the Emergency Individual Rules and Practices in light of COVID-19.

Dated: August 23, 2021
       New York, New York

                                                       LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE