

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
+1 312 853 7000
+1 312 853 7036 FAX

AMERICA • ASIA PACIFIC • EUROPE

MCLARKE@SIDLEY.COM
+1 312 853 7144

November 17, 2021

**Via ECF**
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
New York, New York 10007

      Re:    <u>Kassman v. KPMG LLP, Civ. No. 11-cv-3743 (LGS)</u>

Dear Judge Schofield:

      In accordance with the Court's August 23, 2021 Order (Dkt. 1016), KPMG filed its Motion to Dismiss Plaintiff C. Anne Macedonio's ("Plaintiff") Verified Fact Sheet ("VFS") pursuant to Fed. R. Civ. P. ("Rule") 12(b)(6) (Dkt. 1021). Ms. Macedonio filed her Opposition to the Motion to Dismiss ("Opposition") on November 15, 2021. (Dkt. 1032). Exhibit A to the Opposition is the addendum prepared by her previous counsel that had been attached to her original VFS. (Dkt. 1032-1)

      Exhibit A to Plaintiff's Opposition, filed at Dkt. 1032-1, contains certain confidential information protected from public disclosure. Pursuant to Rule I.D.3 of this Court's Individual Rules and Procedures for Civil Cases and Section 10(a) of the Stipulated Protective Order (Dkt. 86), Defendant KPMG LLP ("KPMG") respectfully submits this letter motion requesting (1) that the Court immediately order Exhibit A be removed from the public docket as filed by Plaintiff; (2) that certain limited and discrete information contained in Exhibit A be redacted and sealed; (3) that the redacted version be electronically filed; and (4) that the unredacted version be filed under seal. In accordance with Rule I.D.3, KPMG has publicly filed Exhibit A with the proposed redactions.

      KPMG has made a good faith effort to redact certain sensitive personal information, taking into account concerns that the parties may have about the disclosure of such information. KPMG acknowledges that the VFSs have been designated as "Confidential" pursuant to the Protective Order. KPMG recognizes that pursuant to the Protective Order, Plaintiff has ten business days to contact the Court regarding other information in the Exhibit that she seeks to protect. Dkt. 86 at 14. Additionally, KPMG previewed this request with Plaintiff by email before filing it with the Court. If Plaintiff has objections to the proposed redactions, KPMG agrees to meet and confer with her over the next ten business days.

      The proposed redactions in question are narrowly tailored to text disclosing employee personnel information, specifically the employee identification number ("EEID") of Plaintiff and the names and EEIDs of certain third parties. This Court has previously ordered that EEIDs and the names and EEIDs of certain third parties be redacted from similar filings in order to "prevent the unauthorized dissemination of sensitive personal information." Dkts. 875, 881, 908, 947, 996, 1012; *see also Murphy v. Rochester City Sch. Dist.*, 2002 WL 31322639, at *1-4 (W.D.N.Y. Sept. 30, 2002) (sealing personally identifiable information with respect to certain individuals).

    KPMG respectfully requests that the Court immediately order that (1) Exhibit A (Dkt. 1032-1) be removed from the public docket; (2) the redacted Exhibit attached as Exhibit 1 to this letter motion be publicly docketed with the redactions; and (3) that the unredacted version be filed under seal, to be accessed by all parties and attorneys of record, as noted in the attached appendix.

                                        Respectfully submitted,

                                        Martha C. Clarke

cc:  All Counsel of Record
      C. Anne Macedonio

Application **GRANTED**.  The Clerk of Court is respectfully directed to restrict access to Dkt. No. 1032-1 to Plaintiff Macedonio and Defendant's counsel and docket "Exhibit 1" on the public docket.

Dated:  November 19, 2021
         New York, New York

                                      LORNA G. SCHOFIELD
                                    **UNITED STATES DISTRICT JUDGE**

**APPENDIX**

Pursuant to Individual Rule I.D.3, KPMG identifies below all parties and attorneys of record who should have access to the sealed document:

| Party | Counsel of Record |
|---|---|
| Plaintiff | C. Anne Macedonio |
| Defendant KPMG LLP | Peter O. Hughes<br>Ogletree Deakins<br>10 Madison Avenue Suite 400<br>Morristown, NJ 07960<br>973-656-1600<br>973-656-1611 (fax)<br>peter.hughes@ogletreedeakins.com<br><br>Stephanie Lauren Aranyos<br>Ogletree Deakins (NYC)<br>stephanie.aranyos@ogletreedeakins.com<br><br>Chris R. Pace<br>Ogletree Deakins (Kansas City)<br>chris.pace@ogletreedeakins.com<br><br>Diane Marjorie Saunders<br>Ogletree Deakins (Boston)<br>diane.saunders@ogletreedeakins.com<br><br>Colleen M. Kenney<br>Sidley Austin LLP<br>One S. Dearborn St.<br>Chicago, IL 60603<br>(312) 853-7000<br>(312) 853-7036 (fax)<br>ckenney@sidley.com<br><br>Teresa Reuter<br>Sidley Austin LLP (Chicago)<br>treuter@sidley.com<br><br>Martha Clarke<br>Sidley Austin LLP (Chicago)<br>mclarke@sidley.com |