

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
+1 312 853 7000
+1 312 853 7036 FAX

AMERICA • ASIA PACIFIC • EUROPE

TREUTER@SIDLEY.COM
+1 312 853 7196

June 22, 2022

**Via ECF**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
New York, New York 10007

Application **GRANTED**.  The Clerk of Court is respectfully directed to close the case.

Dated:  June 23, 2022
        New York, New York

*[Signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:     Kassman v. KPMG LLP, Civ. No. 11-cv-3743 (LGS)

Dear Judge Schofield:

Defendant KPMG LLP respectfully submits this letter pursuant to the Court's June 8, 2022 Order (Dkt. No. 1040), which directed Defendant to "file a letter regarding the status of settlement payments and whether this case can be closed." *Id.*

On October 12, 2021, the parties confirmed that the settlement fund had been fully disbursed and provided a "general accounting to the Court as to how the monies were spent, the range of recoveries and any other pertinent information" pursuant to the Court's April 12, 2021 Order. *See* Dkt. No. 971; 1029. On April 12, 2022 Plaintiffs submitted a status letter confirming that 448 of the 449 claimants had deposited their settlement payments. *See* Dkt. No. 1039.

The final claimant has yet to deposit her settlement payments. These payments were issued to the claimant eleven months ago, on or around July 21, 2021. KPMG has contacted Plaintiffs' Counsel multiple times regarding this matter and Plaintiffs' Counsel has confirmed that this claimant has received the payments. In light of the foregoing, KPMG respectfully submits that closure of the case is appropriate at this time.

Respectfully submitted,

*[Signature]*

Teresa Reuter

cc:  All Counsel of Record, via ECF